Writ refused. According to the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

156 So.2d 604

**Eva Marie TATUM et vir, Carrie B. Franklin, and Eddie Edgar Hill, Jr.**

v.

**TRAVELERS INSURANCE COMPANY et al.**

No. 46919.

Oct. 9, 1963.

In re: Eva Marie Tatum, Raymond Tatum, Carrie B. Franklin, and Eddie Edgar Hill, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 155 So.2d 56.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.